NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER MERILIEN and ROSELINE)
MERILIEN,                         )
                                  )
          Appellants,             )
v.                                )          Case No. 2D19-3011
                                  )
PEOPLE'S TRUST INSURANCE          )
COMPANY,                          )
                                  )
          Appellee.               )
_____ )

Opinion filed September 23, 2020.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

Anthony M. Lopez of Marin, Eljaiek, Lopez
and Martinez, P.L., of Coconut Grove for
Appellants.

Mark D. Tinker of Cole, Scott and Kissane,
P.A., of Tampa, for Appellee.

PER CURIAM.

          Affirmed.

SILBERMAN, SLEET, and LUCAS, JJ., Concur.